UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA CLAIRE REEVE,<br><br>          Plaintiff,<br><br>vs.<br><br>GREGORY L. WATTLETON, et al.,<br><br>          Defendants, | CIVIL ACTION FILE<br><br>NO. 1:14-cv-158-RWS |

### DEFAULT JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Plaintiff's motion for default judgment as to defendant Gregory L. Wattleton and the court having granted said motion, it is

ORDERED AND ADJUDGED, that judgment is entered in favor of the plaintiff and against defendant Gregory L. Wattleton in the sum of $24,139.98, which sum is inclusive of costs.

Dated at Atlanta, Georgia this 25th day of April, 2014.

                                            JAMES N. HATTEN
                                            CLERK OF COURT


                              By:    <u>Cynthia Mercado</u>
                                            Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   April 25, 2014
James N. Hatten
Clerk of Court


By:   <u>Cynthia Mercado</u>
       Deputy Clerk