IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA CLAIRE REEVE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION FILE NO. |
| ) | 14-CV-0158-RSW |
| GREGORY L. WATTLETON, and ) | |
| ) | JURY DEMAND |
| THE MONARCH ART CENTER LLC ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## NOTICE OF DISMISSAL OF DEFENDANT THE MONARCH ART CENTER LLC WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through her legal counsel, and hereby notifies the court of her request to dismiss Defendant The Monarch Center LLC from the instant matter <u>without prejudice</u>. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, dismissal without prejudice is proper as no answer or counter claim exists and no appearance has been made.

[Signature Page Follows]

Entered as dismissed pursuant to
Rule 41(a)(I)(i)(ii), F.R.C.P.

James N. Hatten, Clerk

By:
Deputy Clerk

Respectfully submitted this 17th day of July, 2014.

s/Jennifer Keaton<br>Jennifer Keaton<br>Ga. Bar No. 378081

The Keaton Firm, LLC
132 Lakeshore Drive
Marietta, Georgia 30067
Tel: 404-409-1348
Fax: 404-920-0401
jkeaton@thekeatonfirm.com

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

Pursuant to Local Rule 7.1D, I certify that the foregoing **NOTICE OF DISMISSAL OF DEFENDANT THE MONARCH ART CENTER LLC WITHOUT PREJUDICE** was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

s/Jennifer Keaton<br>Jennifer Keaton<br>Ga. Bar No. 378081

The Keaton Firm, LLC
132 Lakeshore Drive
Marietta, Georgia  30067
Telephone:  404-409-1348
Fax: 404-920-0401
jkeaton@thekeatonfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA CLAIRE REEVE,         )<br>                              )<br>PLAINTIFF,                    )<br>                              )<br>V.                            )<br>                              )<br>GREGORY L. WATTLETON, and     )<br>                              )<br>THE MONARCH ART CENTER LLC   )<br>                              )<br>DEFENDANTS.                   )<br>_____) | CIVIL ACTION FILE NO.<br>14-CV-0158-RSW<br><br>JURY DEMAND |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2014, I electronically filed the foregoing **NOTICE OF DISMISSAL OF DEFENDANT THE MONARCH ART CENTER LLC WITHOUT PREJUDICE** With the Court using the CM/ECF system and will also send, via First Class Mail, a service copy of the same to Defendant Gregory Wattleton at his last known address:   675 Metropolitan Parkway, #5070, Atlanta, Georgia 30310.

This 17th day of July, 2014.

                                                s/Jennifer Keaton
                                                Jennifer Keaton
                                                Ga. Bar No. 378081

The Keaton Firm, LLC
132 Lakeshore Drive
Marietta, Georgia  30067
Telephone:  404-409-1348
Fax: 404-920-0401
jkeaton@thekeatonfirm.com